# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-3081

_____

United States of America

*Plaintiff - Appellee*

v.

Florence C. Brooks

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: February 13, 2014
Filed: February 27, 2014
[Unpublished]

_____

Before WOLLMAN, MURPHY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Florence Brooks appeals the sentence imposed by the district court[1] after she pleaded guilty to a felon-in-possession offense. On appeal, Brooks's counsel seeks

_____

[1]The Honorable Greg Kays, Chief Judge, United States District Court for the Western District of Missouri.

to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the court abused its discretion in varying upward from the Guidelines calculation, and in denying the government's substantial-assistance motion.

Upon careful review, we conclude that the court committed neither procedural nor substantive error at sentencing, because the Guidelines calculation was correct and the court made an individualized assessment of the 18 U.S.C. § 3553(a) factors, specifically taking into account Brooks's cooperation. <u>See</u> <u>United States v. Mangum</u>, 625 F.3d 466, 470 (8th Cir. 2010) (upward variance is reasonable where court makes individualized assessment of § 3553(a) factors); <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (appellate review of sentencing decision). Having independently reviewed the record in accordance with <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues. Therefore, we grant counsel's motion to withdraw, subject to counsel informing appellant about procedures for seeking rehearing or filing a petition for certiorari. The judgment is affirmed.

_____